IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| ISSAC JERRELL, *individually and on behalf of all others similarly situated*, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | 1:18-CV-929-RP |
| A NEW ENTRY, INC., | § § § | |
| Defendant. | § § | |

## FINAL JUDGMENT

On this date, the Court considered the parties' Agreed Motion for Confidential Approval of Settlement. (Dkts. 26-1, 26-2). Upon considering the motion, the Court finds that the parties' settlement agreement is a fair and reasonable resolution of a bona fide dispute over Fair Labor Standards Act provisions. Their agreement is therefore approved. As nothing remains to resolve, the court renders Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that all claims asserted by Plaintiff in this case are dismissed with prejudice.

**IT IS ORDERED** that that each party bear its own costs.

**IT IS ORDERED** that the case is **CLOSED**.

**SIGNED** on May 3, 2019.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE